

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION



FILED
OCT 29 2015
MAGISTRATE JUDGE
SHEILA M. FINNEGAN

| | |
|---|---|
| ROSEE TORRES,<br><br>      Plaintiff,<br><br>v.<br><br>WELLS FARGO HOME MORTGAGE, a/k/a<br>WELLS FARGO BANK, N.A.; MEGAN<br>SCHROEDER and JACQUELINE FISCHER,<br>AGENTS OF WELLS FARGO HOME<br>MORTGAGE & WELLS FARGO BANK,<br>N.A.,<br><br>      Defendants. | Case No.: 13-cv-5542<br><br>Judge John Z. Lee<br><br>Magistrate Judge Sheila M. Finnegan |

## PLAINTIFF'S MOTION TO DISMISS

Now Comes Plaintiff, ROSEE TORRES, by and through her undersigned counsels, and moves this Court for an order dismissing this action in its entirety and with prejudice..

**WHEREFORE**, Plaintiff Rosee Torres respectfully requests that this Court enter an order dismissing this matter, with prejudice.

Dated: October 29, 2015.

Respectfully submitted,

/s/ Maurice James Salem
Attorney for Plaintiff,
Law Offices of Salem & Associates P.C.
7156 W 127th Street, B-149
Palos Heights, IL. 60463
Tel. (708) 277-4775
Fax (708) 357-4029
salemlaw@comcast.net

Attorney No.: 21980
Attorney:     David Delgado

{00490188.DOCX }

|  |  |
|---|---|
| Attorney For: | Rosee Torres |
| Address: | 1430 N Western Avenue |
| City: | Chicago, IL. 60622 |
| Telephone: | 773.235.6565 |
| Fax: | 773.235.0659 |

## CERTIFICATION OF SERVICE

I, Maurice James Salem, am an attorney for Defendant and I hereby certify that I served a true copy of the above Motion on October 29, 2015, by electronic means:

/s/ Maurice James Salem